# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 12CR4710 WQH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| DANIEL MALAQUIAS-MENDOZA (1), | |
| Defendant. | |

Hayes, Judge:

Pursuant to General Order 642, IT IS HEREBY ORDERED that the Federal Defenders of San Diego, Inc. is appointed to represent the Defendant for the purposes of determining whether Defendant is an eligible candidate for a sentence reduction under Guideline Amendment 782 and the resolution of Defendant's motions to reduce sentence (ECF No. 321). The Clerk of the Court shall send a copy of this order to the Federal Defenders and to the Defendant at the address noted on ECF No. 321.

IT IS FURTHER ORDERED that the Federal Defender shall file a status report no later than December 15, 2015.

DATED: October 29, 2015

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge